Richard P. Sybert, Bar No. 80731
rsybert@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Reid E. Dammann, Bar No. 249031
rdammann@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel (213) 576-5000 / Fax 213-680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lanard Toys Limited<br><br>               Plaintiff,<br><br>  vs.<br><br>Target Corporation<br><br>               Defendant. | CASE NO. 2:17-cv-4472 AB (JPRx)<br><br>**PLAINTIFF LANARD TOYS LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities, Declaration of Reid E. Dammann, and [Proposed] Order in Support Thereof]<br><br>Date: April 19, 2018<br>Time: 10:00 A.M.<br>Dept: 690<br><br>Complaint filed: June 15, 2017 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 19, 2018, or as soon thereafter as counsel may be heard, in Courtroom 690 of the above-entitled Court, located at the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los

- 1 -
**PLAINTIFF LANARD TOYS LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Angeles, CA, 90012, 6th Floor. The above-captioned Plaintiff will, and hereby does move this Court for an order granting it to file a First Amended Complaint adding an additional defendant, MGS Group Ltd, pursuant to Federal Rules of Civil Procedure 15(a).

**PLEASE TAKE FURTHER NOTICE** that no oral argument shall be conducted unless requested by the Court.

This Motion is based upon this Notice, upon the Memorandum of Points and Authorities, upon the records and files of this action, and upon such additional argument and evidence as the Court may consider at the hearing of this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place by phone on March 2, 2018.

Dated: March 16, 2018

Respectfully Submitted,

GORDON & REES LLP

By: *S/Reid E. Dammann*
Richard P. Sybert
Reid E. Dammann
Attorneys for Plaintiff
LANARD TOYS LIMITED

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

- 2 -
**PLAINTIFF LANARD TOYS LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 W. Fifth Street, 52nd Floor, Los Angeles, California 90071, my electronic mail address is mpark@grsm.com. On March 16, 2018, I served the foregoing document entitled: **PLAINTIFF LANARD TOYS LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court. Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 16, 2018 at Los Angeles, California.

/s/ Matthew Park
Matthew Park

**PLAINTIFF LANARD TOYS LIMITED'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**