Richard P. Sybert, Bar No. 80731
rsybert@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Reid E. Dammann, Bar No. 249031
rdammann@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel (213) 576-5000 / Fax 213-680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lanard Toys Limited | CASE NO. |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR** |
| vs. | **1) COPYRIGHT INFRINGEMENT [17 U.S.C. §101 *ET SEQ*];** |
| Target Corporation, MGS Group, Ltd. | **2) FALSE DESIGNATION OF ORIGIN [15 U.S.C. §1125(A)];** |
| Defendant. | **3) TRADEMARK INFRINGEMENT [15 U.S.C. §1114];** |
| | **4) TRADE DRESS INFRINGEMENT [15 U.S.C. §1125(a)];** |
| | **5) CALIFORNIA UNFAIR COMPETION; [Cal. B.&P. Code §17200 *et seq.*].** |

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1

FIRST AMENDED COMPLAINT

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.    Plaintiff Lanard Toys Limited ("Lanard") hereby alleges the following as its Complaint against Defendant Target Corporation ("Target" or "Defendant") and Defendant MGS Group, Ltd. ("MGS" or "Defendant") (collectively "Defendants").

## NATURE OF THE ACTION

2.    This is an action for copyright infringement, false designation of origin, trademark infringement, trade dress infringement, and unfair competition, arising from Defendant's unauthorized copying and use of a distinctive chalk toy design embodied in products sold by Lanard. Defendants' misappropriation has irreparably harmed the goodwill and reputation of Lanard and caused Lanard irreparable damage and monetary harm, for which Lanard requests relief in this Court.

## JURISDICTION AND VENUE

3.    This is an action for damages and injunctive relief against Defendants arising under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.*, the Lanham Act, 15 U.S.C. §§ 1051 *et seq.*, and includes related claims for unfair competition arising under state law.

4.    This Court has original jurisdiction over this dispute pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. §§ 1338(a) and (b), as this action arises under the United States Copyright Act (17 U.S.C. §§ 101 *et seq.*), the Lanham Act (15 U.S.C. §§ 1051 *et seq.*), and includes claims of unfair competition that are joined with substantially related claims under the copyright, patent, and trademark laws of the United States pursuant to 28 U.S.C. § 1338(b).

5.    This Court has supplemental jurisdiction over the state law claim of this complaint pursuant to 28 U.S.C. § 1367(a).

6.    Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. §§ 1400(a) and (b), as a substantial part of the

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1  events giving rise to the claims in this complaint occurred in this judicial district,

2  and Defendants reside within this judicial district, within the meaning of 28 U.S.C.

3  § 1391(c).

4       7.     Defendants regularly conduct business in this district and throughout

5  the United States, and actively engaged in promoting, advertising, marketing,

6  and/or offering products within this judicial district, including the accused products

7  at issue in this lawsuit. Defendants' contacts with this district are sufficient to

8  confer personal jurisdiction over Defendants. In addition, Defendant Target

9  consents to personal jurisdiction in this district.

10                       **PARTIES**

11       8.     Plaintiff Lanard Toys Limited is a Hong Kong company with its

12  principal place of business at Elite Centre, 28th Floor, 22 Hung To Road, Kwun

13  Tong, Kowloon, Hong Kong. Lanard manufactures and sells toys throughout the

14  world, including to companies in the United States.

15       9.     Upon information and belief, Defendant Target is a Minnesota

16  corporation with its principal place of business at 1000 Nicollet Mall, Minneapolis,

17  Minnesota 55403. Target is a large general merchandise retailer, with stores

18  featuring substantial toy departments throughout the United States, including in

19  California.

20       10.     Upon information and belief, Defendant MGS is a corporation

21  organized and existing under the laws of Hong Kong, with its principal place of

22  business in Hong Kong at 818 Cheung Sha Wan Road, Cheung Sha Wan, Hong

23  Kong and its principal place of business in the United States at 2229 Barry

24  Avenue, Los Angeles, California. MGS has entered into contracts with United

25  States retailers that provide for the shipment of infringing product into this District

26  and elsewhere throughout the United States.

27

28

FIRST AMENDED COMPLAINT

# BACKGROUND

## Lanard And Its Distinctive Chalk Bomb!® Product

11.     Lanard is a leading manufacturer and seller of toys throughout the world, including sales on a private label basis to other toy retailers.

12.     In 2015, Lanard's designers developed a unique and original chalk toy— a hand-sized bag filled with powdered chalk styled as a hand grenade. Children can toss it at targets or others to leave marks of colored, washable chalk. The products come in a variety of fabric colors with corresponding internal chalk colors and feature either a yellow or red cord "fuse."

13.     Lanard called its toy the "Chalk Bomb" and has sold it packaged as single toys or in multi-packs of three and ten.   A photograph of the toys in point-of-sale packaging are shown below.

////

////

////

////

////

////

////

////

FIRST AMENDED COMPLAINT



Lanard Chalk Bomb ( Item # 79047 )



Lanard Chalk Bomb ( Item # 79051 )



Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

14.    Lanard published its work by November 7, 2015.  It submitted two copyright applications for the packaging to the United States Copyright Office on December 29, 2015.  The Copyright Office registered Lanard's copyrights effective as of the same date and assigned Registration Nos. VA 2-022-296 and 1-999-283.  True and accurate copies of the applications and resulting registrations, are attached hereto as Exhibits A and B.  Since that time, Lanard has remained the sole owner of these copyrights.

15.    Lanard also applied for a federal trademark registration for the mark CHALK BOMB! For "toys comprised of chalk powder, namely, tossing toys and drawing toys" in International Class 028.  The mark registered as U.S. Registration No. 5,046,808.  A true and accurate copy of the registration certificate is attached hereto as Exhibit C.

16.    On February 11, 2016, Lanard applied for a federal design patent protection for the new, original and ornamental design of the CHALK BOMB!®.  The Patent Office issued a Notice of Allowance on August 25, 2017.

17.    Lanard's CHALK BOMB!® has been a success in the market, with major United States retailers, including Wal-Mart, Albertsons, and Hobby Lobby making substantial sales of the product.  A true and accurate copy of the Wal-Mart on-line offering of the Lanard CHALK BOMB!® is attached hereto as Exhibit D.

18.    By virtue of significant sales, quality and uniqueness of design, and the substantial time, effort, and money expended over the years by Lanard in creating, promoting, and popularizing this product, Lanard has developed a valuable reputation and goodwill in connection with its CHALK BOMB!® and the trade dress associated therewith.  Lanard enjoys substantial demand for this product, and Lanard's trade dress embodied in the CHALK BOMB!® has become well known to consumers and the trade by  widespread, continuous, and exclusive use thereof.  The purchasing public and customers of Lanard associate the CHALK

BOMB!® trade dress exclusively with Lanard. Such trade dress is protectable and has acquired secondary meaning.

19. As a result of the foregoing, the relevant public has come to recognize an association between the CHALK BOMB!® patented design and Lanard, and have come to understand chalk toys having the design elements used by Lanard are made exclusively by Lanard or otherwise are associated with Lanard.

### Defendants' Wrongful Conduct

20. Target and MGS are now and have been offering for sale in this district, and elsewhere in the United States, unauthorized and infringing copies of Lanard's CHALK BOMB!®.

21. A picture of the "Chalk Bomb" product offered by Target and MGS is reproduced below (hereinafter "Knockoff Toy").



22. Upon information and belief, MGS is the manufacturer and supplier of the Knockoff Toy, which is sold in a variety of different colored fabric bags with corresponding- colored internal chalk.

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

23.     The unauthorized Knockoff Toy products and packaging contain an identical trademark ("Chalk Bomb") and are remarkably similar to Lanard's CHALK BOMB!®, and copy the protectable expression in Lanard's design, as shown in the comparison below.

  

Lanard Chalk Bomb!          Target Chalk Bomb

24.     The Knockoff Toy packaging even includes the exact same photograph of a chalk-covered child aiming the toy with the photograph positioned to the upper left of the toy itself on the packaging.

 

Lanard Chalk Bomb!          Target Chalk Bomb

- 8 -

25. Defendantsare thus marketing, advertising, and selling products embodying trade dress and trademark confusingly similar to Lanard's CHALK BOMB!® and substantially similar to Lanard's copyrighted work.

26. Because of Lanard's unmistakable trade dress and registered trademark, the relevant public has and continues to be deceived and/or confused into believing that Defendants' unauthorized "Chalk Bomb" originated from Lanard, or is somehow authorized, sponsored by, or in some way associated with Lanard.

27. Defendants' unauthorized reproduction of Lanard's trademark and trade dress has created a likelihood of confusion among the relevant public due to the relevant public's association between the look of Lanard's work and Lanard.

28. Defendants' unauthorized copying has been willful, and Defendants intentionally interfered with Lanard's business relations by offering to sell the copied chalk toys, thereby wrongfully diverting sales from Lanard.

29. Defendants' unauthorized copying, promotion, and sale of the infringing products has caused Lanard irreparable financial harm.

30. Upon information and belief, by the acts alleged above, Defendants have made substantial profits to which they are not entitled and have caused Lanard to lose sales and/or other opportunities for monetary relief.

## FIRST CLAIM FOR RELIEF

### Against All Defendants

### Copyright Infringement Under 17 U.S.C. § 101 et seq.

31. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 31 as if fully set forth herein.

32. Lanard has established copyrights in the design of its CHALK BOMB!® packaging and its design constitutes copyrightable subject matter under the copyright laws of the United States. Lanard is the owner of U.S. Copyright Registration Nos. VA 2-022-296 and VA 1-999-283 directed to its CHALK

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

BOMB!® packaging design. Lanard is the owner of all right, title, and interest in and to the copyrights in this design.

33. Defendants' copying and use of Lanard's CHALK BOMB!® toy packaging is a violation of Lanard's exclusive rights to the original work of authorship in the packaging, including but not limited to the exclusive right to make reproductions and distribute copies to the public. The infringing copies include the "Chalk Bomb" product packaging sold as SKU 0398475149.

34. Upon information and belief, the acts of Defendants were committed willfully, knowingly, maliciously, and in conscious disregard of Lanard's rights.

35. The aforesaid infringement by Defendants has caused, and unless restrained by this Court will continue to cause, immediate and irreparable injury to Lanard's property and business. Lanard has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**

**Against All Defendants**

**<u>False Designation of Origin Under 15 U.S.C. § 1125(a)</u>**

36. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 36 as if fully set forth herein.

37. United States Trademark Registration No. 5,046,808 for the mark "CHALK BOMB!" was duly and legally issued by the United States Patent and Trademark Office on September 20, 2016.

38. Defendants' use of the "Chalk Bomb" mark in interstate commerce, without Lanard's consent, is a false designation of origin causing a likelihood of confusion, mistake, and deception as to source, sponsorship, affiliation, and/or connection in the minds of the public. Defendants' conduct has infringed Lanard's trademark rights in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1).

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

39.     By reason of the foregoing, Lanard has been injured in an amount not yet fully determined.  Further, Defendants have been unjustly enriched by virtue of their deception of consumers and misappropriation of Lanard's goodwill.

40.     As a result of Defendants' acts of infringement, Lanard suffered and will continue to suffer irreparable harm for which Lanard has no adequate remedy at law, including damage to Lanard's goodwill.  Unless Defendants' acts of infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

41.     Defendants' actions have been knowing, intentional, wanton, and willful.  The principles of equity warrant an award to Lanard of treble damages and profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. § 1117.

### THIRD CLAIM FOR RELIEF

#### Against All Defendants

#### Trademark Infringement (15 U.S.C. § 1114)

42.     Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 42 as if fully set forth herein.

43.     United States Trademark Registration No. 5,046,808 for the mark "CHALK BOMB!" was duly and legally issued by the United States Patent and Trademark Office on September 20, 2016.

44.     This claim is for trademark infringement under the laws of the United States, Section 32 of the Lanham Act, 15 U.S.C. § 1114(1)(a).

45.     Defendants used the "Chalk Bomb" mark to promote and sell Defendants' Knockoff Toy in violation of Lanard's rights in its registered trademark.

46.     Defendants' use of the "Chalk Bomb" mark is likely to cause confusion, mistake, and to deceive consumers.

47.     Defendants' actions constitute a blatant attempt to confuse the consuming public and to trade off Lanard's goodwill.

FIRST AMENDED COMPLAINT

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

48.     Defendants acted knowingly and willfully, with full knowledge of the likelihood of confusion and with the intent to deceive consumers in order to trade off the efforts and earned goodwill and reputation of Lanard.

49.     By reason of the foregoing acts of trademark infringement, Lanard has been injured in an amount not yet ascertained.  Further, Defendants have  been unjustly enriched by virtue of their deception of consumers and misappropriation of Lanard's goodwill.

50.     In addition, as a result of Defendants' acts of infringement, Lanard suffered and will continue to suffer irreparable harm for which Lanard has no adequate remedy at law, including damage to Lanard's goodwill.  Unless Defendants' acts of infringement are enjoined by this Court, Lanard will continue to suffer irreparable harm.

51.     Defendants' actions have been knowing, intentional, wanton, and willful.  The principles of equity warrant an award to Lanard of treble damages and profits, attorney's fees, and the costs of this action pursuant to 15 U.S.C. § 1117.

## FOURTH CLAIM FOR RELIEF Against All Defendants
## Trade Dress Infringement Under 15 U.S.C. § 1125(a)

52.     Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 52 as if fully set forth herein.

53.     Defendants' use of Lanard's trade dress in commerce, including the trade dress in Lanard's CHALK BOMB!®, is likely to cause confusion, or to cause mistake, or to deceive as to origin, sponsorship, or approval of Defendants' goods by Lanard, in violation of § 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

54.     The acts by Defendants were committed willfully, knowingly, maliciously, and in conscious disregard of Lanard's rights and were done with full knowledge of the falsity of the designation of origin and with the intention of causing confusion and misleading and deceiving the trade and the public as to the origin and quality associated with Defendants' products.

FIRST AMENDED COMPLAINT

55. As a result of the likelihood of confusion that now exists in the marketplace, Lanard has suffered damage to its goodwill and reputation and has lost sales of its products.

56. Defendants have made substantial profits based on its unauthorized sales of their infringing "Chalk Bomb" copies.

57. The aforesaid infringement by Defendants has caused, and unless restrained by this Court will continue to cause, immediate and irreparable injury to Lanard's property and business. Lanard has no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

### Against All Defendants

### Unfair Competition Under California

### Bus. & Prof. Code § 17200 *et seq.*

58. Plaintiff realleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 58 as if fully set forth herein.

59. The aforementioned acts by Defendants in causing confusion among the relevant public and causing a false association or sponsorship between Defendants' goods and Lanard, in California and elsewhere constitute unlawful, unfair, and fraudulent business practices prohibited by Business & Professions Code Section 17200 *et seq.*

60. The acts by Defendants were committed willfully, knowingly, maliciously, and in conscious disregard of Lanard's rights.

61. As a result of Defendants' unfair competition, Lanard has suffered damage to its goodwill and reputation and has lost sales of its products.

62. Defendants have made substantial profits based on their unauthorized sales of their infringing "Chalk Bomb" copies.

63. Upon information and belief, the aforesaid conduct by Defendants have caused, and unless restrained by this Court will continue to cause, immediate,

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

- 13 -

great, and irreparable harm to Lanard's property and business. Lanard has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Lanard demands judgment as follows:

A.    A declaration that Defendants have willfully infringed Lanard's copyrighted works;

B.    A preliminary and permanent injunction enjoining Target and MGS, their officers, agents, servants, employees, attorneys, and those in active concert or participation with it who receive actual notice of the order by personal service or otherwise, from copying, distributing, selling, reproducing, or preparing derivative works of any original works of authorship of Lanard, ordering Target and MGS to cancel all orders for the chalk toy products substantially similar to Lanard's copyrighted works, ordering Target and MGS to deliver up for destruction all labels, signs, prints, catalogs, sell sheets, purchase orders, invoices, packages, wrappers, receptacles, articles, advertisements, and/or promotional materials in their possession referring or relating to the infringing products, or other products substantially similar to Lanard's copyrighted works and all plates, models, matrices, tooling, computer programs, and other means of making the same, and ordering Target and MGS to recall any and all infringing goods, or other products substantially similar to Lanard's copyrighted works;

C.    A declaration that Target and MGS willfully infringed Lanard's trade dress;

D.    A declaration that Target and MGS willfully infringed Lanard's registered trademark;

E.    A preliminary and permanent injunction enjoining Target and MGS, their officers, agents, servants, employees, attorneys, and those in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from:

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

FIRST AMENDED COMPLAINT

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1.  utilizing or imitating Lanard's trade dress, including but not limited to manufacturing, distributing, advertising, selling, or offering for sale, any products which use any trade dress which is confusingly similar to the overall trade dress of Lanard's goods;

2.  utilizing or imitating Lanard's trademark, including but not limited to manufacturing, distributing, advertising, selling, or offering for sale, any products which use any trademark which is confusingly similar to the Lanard CHALK BOMB!®;

3.  injuring the commercial reputation, renown, and goodwill of Lanard; and

4.  unfairly competing with Lanard in any manner whatsoever and ordering Target and MGS to cancel all orders for the chalk toy products embodying trade dress or trademark confusingly similar to Lanard's trade dress, ordering Target and MGS to deliver up for destruction all labels, signs, prints, catalogs, sell sheets, purchase orders, invoices, packages, wrappers, receptacles, articles, advertisements, and/or promotional materials in their possession referring or relating to the infringing products, or other products incorporating trade dress or trademark confusingly similar to Lanard's trade dress and trademark and all plates, models, matrices, tooling, computer programs, and other means of making the same, and ordering Target and MGS to recall any and all infringing goods, or other products incorporating trade dress confusingly similar to Lanard's trade dress or trademark;

F.  An award to Lanard of its actual damages and for all profits realized by Target and MGS in connection with its infringing activities;

G.  An award to Lanard of treble, exemplary, and/or punitive damages;

H.  An award to Lanard of its reasonable attorney fees pursuant to 17 U.S.C. § 505 and/or 15 U.S.C. § 1117(a), filing fees, and the costs of this action;

- 15 -

1    I.    Prejudgment and post judgment interest on the above monetary

2    awards; and

3        J.    Such other and further relief as this Court deems equitable and just.

4                            **JURY DEMAND**

5        Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a trial by a jury

6    on all issues so triable.

7    Dated:  March 16, 2018                    Respectfully Submitted,

8                                              GORDON & REES LLP

9

10                                   By:    *S/Richard P. Sybert*
                                            Richard P. Sybert

11

12                                          Reid E. Dammann
                                            Attorneys for Plaintiff
                                            LANARD TOYS LIMITED

13

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

FIRST AMENDED COMPLAINT

1108401/32963897v.1

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tayle Claggett*

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-022-296**
Effective Date of Registration:
December 29, 2015

## Title _____

**Title of Work:** Chalk Balls Packaging

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification _____

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79051

**Correspondence:** Yes

Page 1 of 1

Exhibit A
Page 1

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-022-296

**Effective Date of Registration:**
December 29, 2015

## Title

**Title of Work:** Chalk Balls Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79051

**Correspondence:** Yes

Page 1 of 1

## Title _____

       **Title of Work:**   Chalk Balls Product & Packaging

## Completion/Publication _____

       **Year of Completion:**   2015
       **Date of 1st Publication:**   November 07, 2015
       **Nation of 1st Publication:**   United States

## Author _____

       •   **Author:**   Lanard Toys Inc
       **Author Created:**   2-D artwork, sculpture
       **Work made for hire:**   Yes
       **Domiciled in:**   United States

## Copyright Claimant _____

       **Copyright Claimant:**   Lanard Toys Limited
          Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
       **Transfer statement:**   By written agreement

## Certification _____

       **Name:**   Jacqueline Yip
       **Date:**   December 29, 2015
       **Applicant's Tracking Number:**   USCopyright/2015/79051

## Mail Certificate

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

**Priority:** Routine          **Application Date:** December 29, 2015

## Correspondent

**Organization Name:** Lanard Toys Limited
**Name:** Jacqueline Yip
**Email:** legal@lanard.com.hk
**Address:** Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon
Hong Kong



**PRODUCT PACKAGING - PERSPECTIVE FROM FRONT (SET 1)**

79051

1



**PRODUCT PACKAGING - PERSPECTIVE FROM BACK**

79051

2



**PRODUCT - PERSPECTIVE FROM FRONT**



**PRODUCT - PERSPECTIVE FROM BACK**

79051

3



**PRODUCT - PERSPECTIVE FROM TOP VIEW**



**PRODUCT - PERSPECTIVE FROM BOTTOM VIEW**

79051

4

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

# VA 1-999-283

**Effective Date of Registration:**
December 29, 2015

## Title _____

**Title of Work:** Chalk Balls Packaging

## Completion/Publication _____

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification _____

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79047

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

## Title

**Title of Work:** Chalk Balls Packaging

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 07, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Lanard Toys Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lanard Toys Limited
Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon, Hong Kong
**Transfer statement:** By written agreement

## Certification

**Name:** Jacqueline Yip
**Date:** December 29, 2015
**Applicant's Tracking Number:** USCopyright/2015/79047

Page 1 of 1

## Mail Certificate

Lanard Toys Inc
Liz Harper
2011 Auto Center Drive, Suite 200
Oxnard, CA 93030 United States

**Priority:**   Routine          **Application Date:**   December 29, 2015

## Correspondent

**Organization Name:**   Lanard Toys Limited
**Name:**   Jacqueline Yip
**Email:**   legal@lanard.com.hk
**Address:**   Elite Centre, 28th Floor, 22 Hung To Road, Kwun Tong, Kowloon
Hong Kong



**PERSPECTIVE FROM FRONT (SET 1)**



**PERSPECTIVE FROM FRONT (SET 2)**

79047

2



**PERSPECTIVE FROM BACK (Common back panel for all 2 sets)**

79047

3

Exhibit B
Page 16

EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# Chalk Bomb!

**Reg. No. 5,046,808**

**Registered Sep. 20, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Lanard Toys Limited (HONG KONG LIMITED LIABILITY COMPANY)
28/F Elite Centre,22 Hung To Rd, Kowloon
Hong Kong HONG KONG

CLASS 28: Toys comprised of chalk powder, namely, tossing toys and drawing toys

FIRST USE 11-7-2015; IN COMMERCE 11-7-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CHALK"

SER. NO. 86-741,336, FILED 08-29-2015
MILDRED ELIZABE BLACK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Exhibit C
Page 17

EXHIBIT D


Walmart

Gift Cards | Registry & Lists | Weekly Ads | Store Finder | Track Orders | Reorder Items | Credit Card | Help | Grocery Pickup

All | Search

Hello. Sign In
My Account

All Departments | Father's Day | My local store | Pick it up TODAY | Tips & Ideas | Reorder your favorites

SHINE MORE. SPEND LESS. | OWN YOUR SHINE | Save $1.00 ▶

Toys > Arts & Crafts for Kids > Drawing & Coloring

## Lanard Chalk Bomb! Outdoor Powder Bombs, 6 Packs

★★★★★ 1 reviews | Q&A | By: Chalk Bomb! | Walmart #: 555210328 | f ⌄ ⓟ


Video












$13.99

*2-Day Shipping*

Sold & shipped by Walmart

🚚 Free 2-Day Shipping on orders $35+
Arrives by Friday, Jun 9
Orders under $35 ship for $5.99 Shipping options

🏠 Free pickup at National City
1200 Highland Ave Pickup options

Quantity: 1 ⌄ | **Add to Cart**

Add to List | Add to Registry

## Highlights

- Designed for outdoor play
- Safe and washable
- Age range: 6 years and up

Read more....

### Check out these related products








$2.50
Uchida Bistro Chalk
Marker Fine Bulk Blue

$9.72
Uchida Of America Corp
480-4b Marvy Bistro...

$3.28
Uchida Bistro Chalk
Marker Chisel Bulk...

**Reduced Price**
$4.39 list price $6.99
save $2.60
Uchida Bistro Chalk
Marker Fine Bulk...

**Reduced Price**
$5.48 list price $7.99
save $2.51
Copic - COPIC Marker -
Warm Gray No. 6

$6.30
Uchida Bistro Chalk
Marker Fine Bulk...


Sizzling savings on toys | Shop now ▶

About this item | Customer Reviews | Item Recommendations | Policies & Plans

## About this item



**Warning - Choking Hazard - Children Under 3**

This toy is not suitable for ages under 3 years. It contains one or more of the following items: marbles, small ball, or small parts.

**Disclaimer:** While we aim to provide accurate product information, it is provided by manufacturers, suppliers and others, and has not been verified by us. See our disclaimer.

The Lanard Chalk Bomb! Outdoor Powder Bombs, 6 Packs, hep you and your children to enjoy lots of outdoor fun. You get a total of six, in pink, yellow, orange, green, blue and purple. When you toss the color bomb it sprays out powder upon impact. Use it in a "chalk fight" with friends or toss it on the sidewalk to create vivid, random displays. Each unit is good for more than 200 throws so you can get a long afternoon's worth of fun. The product is safe to use and washable so you can keep everything

Read more ▾

## Specifications

| | |
|---|---|
| Gender | **Boys, Girls** |
| Age Group | **Tween, Child** |
| Age Range | **5 to 7 Years** |
| Manufacturer Part Number | **79063** |
| Brand | **Chalk Bomb!** |

**Best seller ranking:** #26016 in Toys
#937 in Toys > Other Toys

Advertisement



WORKS LIKE A CLOTH SO YOU CAN CLEAN UP MORE THAN JUST SPILLS

Buy now

### Explore Related Products



Chalk Markers



Chalk Board Easels



Kids' Chalkboards/easels



Chalkboard Markers



Advertisement

Advertisement

# Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

# Customer reviews

see all 1 reviews

5 stars _____ 1

Sort by:   Most relevant  ▼

**6 Pack Lanyard Chalk Grenade**                    2/7/2017

★ ★ ★ ★ ★

by vs104476033ph   ✓ Verified purchaser

srf0557,07022017. Very much fun `keeps my yard clean ` and pesticide will cling and disolve +polution =

Was this review helpful?

👍 Yes (1)

👎 No (0)

🚩 Report



1-1 of 1 reviews   See all ›

## Consider these popular products








**$3.89** was $4.96
save $1.07
Crayola 240 Sheets
Construction Paper
★ ★ ★ ★ ★ 28
*2-Day Shipping*

**$3.00**

Crayola 24 Count Colored
Pencils
★ ★ ★ ★ ★ 77
*2-Day Shipping*

**$8.68** was $10.88
save $2.20
Sharpie Permanent
Markers Limited...
★ ★ ★ ★ ★ 27
*2-Day Shipping*

**$3.57** was $3.83
save $0.26
Cra-Z-Art Trolls Jumbo
Coloring Pad
★ ★ ★ ★ ★ 2
*2-Day Shipping*

**$1.97** was $2.49
save $0.52
Shopkins Pencils, 8-Count

★ ★ ★ ★ ★ 12
*2-Day Shipping*

**$14.94** list price $20.79
save $5.85
Crayola 100 Count
Colored Pencils, 100.
★ ★ ★ ★ ★ 82
*2-Day Shipping*

● ⌄ ⚹ ⚐ ⚐

Sponsored links ⬈                    What's this?

websterschalk... ▾   **Websters Chalk Powder - Economical Chalk Style Paint**
Create your own **Chalk** Style Paint with Websters for only $16.95 + Free Shipping!

Advertisement            Advertisement            Advertisement

## Policies & Plans

Gifting plans

Pricing policy

Returns



The following available options may be selected during checkout:

**Gift message:** Add a personal note that we'll include with your gift.

**Gift receipt:** When you add other gift options, we'll include a receipt that keeps the price a secret but makes it easy to exchange or return an item.

## Inspired by your browsing history

Clear this list



Item you viewed

  



**$13.99**

Lanard Chalk Bomb!
Outdoor Powder...
★★★★★ 1
**2-Day Shipping**



**$2.50**

Uchida Bistro Chalk
Marker Fine Bulk Blue

 

**$9.72**

Uchida Of America Corp
480-4b Marvy Bistro...

**$3.28**

Uchida Bistro Chalk
Marker Chisel Bulk...

> Reduced Price



**$4.39** list price $6.99
save $2.60

Uchida Bistro Chalk
Marker Fine Bulk...

> Reduced Price



**$5.48** list price $7.99
save $2.51

Copic - COPIC Marker -
Warm Gray No. 6

● ○ ○ ○

Be the first to save! [_____] **Sign Up** Privacy Policy

    

| Walmart services | Get to know us | Walmart.com | Customer service | In the spotlight |
|---|---|---|---|---|
| See All Services | About Walmart.com | Terms of Use | Returns Policy | [+] Dads & Grads |
| Walmart MoneyCenter | Corporate | About Our Ads | Product Recalls | [+] Pet Supplies |
| Walmart Credit Card | Suppliers | Affiliate Program | Int'l Customers | [+] Baby Care |
| Product Care Plans | Sell on Walmart.com | CA Privacy Rights | Tax Exempt Program | [+] Summer Clothing |
| Walmart Pay | Careers | Privacy & Security | Contact Us | [+] Vitamins |
| | @WalmartLabs | | Feedback | [+] International Sites |
| | | | Store Pickup | Popular Products |

© Walmart Stores, Inc.

To ensure we are able to help you as best we can, please include your reference number: XGJTUOEH1P