NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED,<br><br>                Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION,<br><br>                Defendant. | Case No.: 2:17-cv-04472-GW-JPR<br><br>Hon. George H. Wu<br><br>**PROTECTIVE ORDER REGARDING DEPOSITIONS OF TARGET EMPLOYEES**<br><br>Complaint Filed: June 15, 2017 |

IT IS HEREBY ORDERED based on Defendant Target Corporation's *ex parte* application and the materials submitted therewith, Plaintiff's opposition and accompanying materials, and the November 5, 2018 oral argument, that the protective order sought by Target Corporation related to Plaintiff Lanard Toys Limited's noticed depositions of Elaine Knodt, Amy Wokerstorfer, Sheila Shor, and Michael Kroll is GRANTED in part, with the following provisions:

1) The four depositions as noticed in the original deposition notices dated October 18, 2018 are taken off calendar;

2) Lanard is barred from deposing Michael Kroll (whether by notice or subpoena) unless it obtains an order from this Court expressly permitting Mr. Kroll's deposition;

3) Any depositions of Knodt, Wokerstorfer, or Shor must be taken at the offices of Faegre Baker Daniels LLP in Minnesota unless this Court orders otherwise; and

4) Prior to any deposition notices or subpoenas for depositions being issued by either party in the action, the parties are required to meet and confer and make reasonable, good-faith efforts to establish a mutually-agreeable date for each deposition.

IT IS SO ORDERED.

Dated: November 7, 2018

Hon. Jean P. Rosenbluth
UNITED STATES MAGISTRATE JUDGE