Richard P. Sybert, Bar No. 80731
rsybert@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Reid E. Dammann, Bar No. 249031
rdammann@gordonrees.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel (213) 576-5000 / Fax 213-680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Lanard Toys Limited | CASE NO. 2:17-cv-4472-GW-JPR |
|---|---|
| Plaintiff, | Hon. George H. Wu |
| vs. | **NOTICE OF SETTLEMENT** |
| Target Corporation and MGS Group, Ltd. | |
| Defendants. | Complaint filed: June 15, 2017 |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Lanard Toys Limited and Defendants Target Corporation and MGS Group, Ltd. have reached a settlement of this matter in its entirety. The parties expect to file a Stipulation and Order for dismissal of all claims with prejudice within the next 45 days.

Dated: March 29, 2019                        Respectfully Submitted,

GORDON & REES LLP

By:  *S/Richard P. Sybert*
Richard P. Sybert
Reid E. Dammann
Attorneys for Plaintiff
LANARD TOYS LIMITED

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is bneidhardt@grsm.com. On March 29, 2019, I served the foregoing document entitled: **NOTICE OF SETTLEMENT** by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court. Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2019 at San Diego, California.

*Becky J. Neidhardt*

Becky J. Neidhardt